**STATE of Missouri, Respondent,**

v.

**James J. MAHONE, Appellant.**

No. WD 73670.

Missouri Court of Appeals,
Western District.

Sept. 11, 2012.

Mary H. Moore, Jefferson City, MO, for appellant.

Laura G. Martin, Kansas City, MO, for respondent.

Before Division One: JAMES M. SMART, JR., Presiding Judge, LISA WHITE HARDWICK and GARY WITT, Judges.

ORDER

PER CURIAM.

James Mahone was convicted by jury of attempted first-degree statutory sodomy and two counts of first-degree statutory sodomy. On appeal, Mahone contends the circuit court erred in admitting evidence of the victims' out-of-court statements and their videotaped interviews pursuant to Section 491.075, RSMo 2000. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the convictions.

AFFIRMED. Rule 30.25(b).